**JS-6**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JIANFENG LIU,<br>Petitioner,<br>v.<br>DAVID J. VENTURELLA, et al.,<br>Respondents. | Case No. 5:26-CV-05361-CTS<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Petition for Writ of Habeas Corpus filed October 28, 2026 (ECF No. 11), IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: November 2, 2026

CHRISTINA T. SHAY
UNITED STATES MAGISTRATE JUDGE